## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| **CURTIS CREWS, on his own behalf and on behalf of others similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION FILE NO: 3:13-cv-00005-TCB** |
| **v.** | ) ) | |
| **PROSTAR FIRE SYSTEMS, INC., a Georgia Profit Corporation, and JASON JOHNS, individually,** | ) ) ) ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, CURTIS CREWS, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendants in the above referenced matter. To that end, the parties are finalizing the terms of their resolution and anticipate filing the appropriate dismissal documents with this Court within the next thirty (30) days.

Respectfully submitted,

**/s/ ANDREW FRISCH**
Andrew Frisch
FL Bar No.:  27777
MORGAN & MORGAN
600 North Pine Island Road
Suite 400
Plantation, Fl. 33324
Tel: 954-318-0268

Fax: 954-333-3515
E-mail: AFrisch@forthepeople.com

Trial Counsel for Plaintiffs

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that the foregoing document complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this document has been typed in Times New Roman 14 count.

**/s/ ANDREW FRISCH**
Andrew Frisch, Esquire

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of February 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

**/s/ ANDREW FRISCH**
Andrew Frisch, Esquire