# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | | |
|---|---|---|
| **CURTIS CREWS**, on his own behalf and on behalf of others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | **CIVIL ACTION FILE NO:** |
| | ) | **3:13-cv-00005-TCB** |
| v. | ) ) | |
| **PROSTAR FIRE SYSTEMS, INC.**, a Georgia Profit Corporation, and **JASON JOHNS**, individually, | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a) the Parties, by and through their undersigned counsel, stipulate to the dismissal of the above-captioned action in its entirety with prejudice. The parties state that Defendants have agreed to pay Plaintiff all amounts to which he alleges he is entitled under the FLSA in full, without compromise. As such, no judicial review is required. *See Mackenzie v. Kindred Hosp. East, LLC*, 276, F. Supp. 2d. 1211, 1217 (M.D. Fla. 2003); *see also Anago Franchising, Inc. v. Shaz LLC*, No. 10-95098, slip op. (11th Cir. April 23, 2012)("we find that the plain language of Rule 41(a)(1)(A)(ii) requires that a stipulation filed pursuant to that subsection

becomes self-executing and dismisses the case upon its becoming effective"). Because the parties have agreed to payment of attorneys' fees and costs separately, the Court need not separately review Plaintiff's attorneys fees and costs. *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222 (M.D. Fla. 2009).

Respectfully submitted this the 26th day of March, 2013.

| | |
|---|---|
| **/s/ ANDREW FRISCH** | **/s/ SARA J. BASS** |
| Andrew Frisch, Esquire | Sara J. Bass, Esquire |
| Florida Bar No.: 27777 | Georgia Bar No.: 170109 |
| E-mail: AFrisch@forthepeople.com | E-mail: sjbass@duanemorris.com |
| MORGAN & MORGAN, P.A. | DUANE MORRIS LLP |
| 600 North Pine Island Road, Suite 400 | 1075 Peachtree Street, Suite 2000 |
| Plantation, Florida 33324 | Atlanta, Georgia 30309 |
| Telephone: (954) 318-0268 | Telephone: (404) 253-6900 |
| Facsimile: (954) 333-3515 | Facsimile: (404) 253-6901 |
| **Attorney for Plaintiff** | **Attorney for Defendants** |

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that the foregoing document complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this document has been typed in Times New Roman 14 count.

**/s/ ANDREW FRISCH**
ANDREW FRISCH, Esquire
